USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| DONELLE MURPHY, | |
| Petitioner, | **ORDER** |
| -against- | 20-CV-3076 (PAE) (JLC) |
| WARDEN OF ATICA CORRECTIONAL FACILITY, | |
| Respondent. | |

------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

In response to petitioner's letter filed on October 27, 2020 and for avoidance of doubt, the Court wishes to make clear that its Order dated August 17, 2020 extended the time for respondent to respond to (1) the petitioner's application for a stay of the proceedings (Dkt. No. 4); as well as (2) the underlying habeas petition (Dkt. No. 1). Accordingly, respondent is directed to file both responses by **November 6, 2020**. Petitioner should then submit any reply papers to respondent's submissions **no later than December 7, 2020**. Petitioner is directed to include his Section 440.10 motion papers with his reply. Upon receiving the parties' briefing, the Court will then decide whether to grant petitioner's request for a stay of this action.

**SO ORDERED.**

Dated: October 29, 2020
New York, New York

_____
JAMES L. COTT
United States Magistrate Judge