USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DONELLE MURPHY,

                Petitioner,

      -v-

WARDEN OF ATTICA CORRECTIONAL
FACILITY,

                Respondent.
------------------------------------------------------------------X

**ORDER**

20-CV-3076 (PAE) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      By Order dated October 29, 2020 (Dkt. No. 16), the Court directed respondent to respond to petitioner's application for a stay of the habeas proceedings by November 6, 2020. That deadline was subsequently extended to November 30, 2020 at the respondent's request. *See* Dkt. Nos. 17–22. The Court had originally ordered a response to the stay request by order dated July 9, 2020 (Dkt. No. 7). To date, however, while respondent filed papers opposing the petition yesterday, he has not responded to petitioner's request to stay the proceedings.

Accordingly, respondent should submit a response to the stay request **no later than December 15, 2020.**

**SO ORDERED.**

Dated: December 1, 2020
New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

A copy of this Order has been mailed to:
Mr. Donnelle Murphy
Inmate No. 15-A-2721
Attica Correctional Facility
P.O. Box 149
Attica, New York  14011-0149

2