USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DONELLE MURPHY,

                Petitioner,　　　　**ORDER**

      -v-　　　　　　　　　　　　　　　20-CV-3076 (PAE) (JLC)

WARDEN OF ATTICA CORRECTIONAL
FACILITY,

                Respondent.
-------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

    Petitioner has indicated in his stay application that he is in the process of exhausting additional remedies in state court (*see* Dkt. Nos. 1, 4); however, it is unclear whether petitioner has filed any state court motions to date. Accordingly, the parties should confer about this matter and either file copies of the relevant state court motions that relate to the petitioner's stay application, if any, or advise the Court that no such papers exist **by January 8, 2021**.

    **SO ORDERED.**

Dated: December 17, 2020
      New York, New York

                                         _____
                                         JAMES L. COTT
                                         United States Magistrate Judge

A copy of this Order has been mailed to:
Mr. Donnelle Murphy
Inmate No. 15-A-2721
Attica Correctional Facility
P.O. Box 149
Attica, New York  14011-0149